DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KRISTEN CHRISTENSEN** and **RANDY MARCIN,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D15-453

[January 13, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard H. Harrison, Senior Judge; L.T. Case No. 2012-CA-002422.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Sara F. Holladay-Tobias, Emily Y. Rottmann and Gabriel M. Hartsell of McGuire Woods LLP, Jacksonville, for appellee.

PER CURIAM.

Based on appellee's concession of error, the summary final judgment of foreclosure is reversed and remanded for further proceedings.

CIKLIN, C.J., WARNER and GROSS, JJ., concur.

\*         \*         \*

*Not final until disposition of timely filed motion for rehearing.*